IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTIA CRAWFORD, ANDREA CRAWFORD | : CIVIL ACTION |
| v. | : NO. 22-2347 |
| TIMOTHY KOLMAN, ESQUIRE, WAYNE ELY, ESQUIRE, THE LAW OFFICES OF WAYNE ELY, KOLMAN LLC, P.C., KOLMAN ELY LLC, KOLMAN ELY P.C. | : |

# ORDER

**AND NOW**, this 22nd day of June 2022, upon considering the parties' Stipulation for voluntary remand (ECF Doc. No. 4) responsive to our June 16, 2022 Order (ECF Doc. No. 2), it is **ORDERED**:

1. The Stipulation (ECF Doc. No. 4) is **APPROVED**; and,

2. The Clerk of Court shall forthwith **remand** this case to the Philadelphia County Court of Common Pleas and **close** this case in this District.

_____
KEARNEY, J.